**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**CHARLES ANTHONY WOODS**                                          **PETITIONER**

v.                        **CASE NO. 2:15CV00112 BSM**

**C.V. RIVERA, Warden,**
**FCI Forrest City**                                                **RESPONDENT**

## ORDER

The proposed findings and recommendation ("RD") filed by United States Magistrate Judge Patricia S. Harris have been reviewed. No objections have been filed. After careful consideration, the RD are hereby adopted in all respects and Charles Woods's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is denied without prejudice.

IT IS SO ORDERED this 2nd day of February 2016.

_____
UNITED STATES DISTRICT JUDGE